**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 31, 2019**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00588-CV

### BRUNO, INC., Appellant

### V.

### PLS CHECK CASHERS OF TEXAS INC. F/K/A PLS CASH CHECKERS OF TEXAS, L.P., Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37038**

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 26, 2019. On December 5, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we order the appeal dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.